**Angela Maria DOZIER, Plaintiff—Appellant,**

v.

**Paula SIMMONS, Work Release Supervisor; Angie Edmonds, Store Manager, McDonalds; McDonald's Restaurant, # 4138, Defendants—Appellees.**

No. 05–7123.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 8, 2006.

Decided: Feb. 27, 2006.

Angela Maria Dozier, Appellant Pro Se.

Before NIEMEYER, LUTTIG, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Angela Maria Dozier seeks to appeal the district court's order dismissing two defendants from her civil action and proceeding with the remaining defendant. This court

until thirty days after it was entered.

may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Dozier seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*